HARRY WILTON, Respondent, v. GOETEL RADISH et al., Appellants, et al., Defendants.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

(October 15, 1943.)

ANNA S. GWYDIR, JR., et al., Appellants, v. ALBERT COWDELL, JR., Respondent.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

(October 18, 1943.)

In the Matter of JOSEPH B. MARGOLIN, an Attorney, Respondent.—

Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

GEORGE M. BILLINGS, Respondent, v. JULIA BURGER, Appellant, et al., Defendants.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.